**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (If known): _____  Chapter _____

25-13537

☐ Check if this is an amended filing

*Stamp: USBC-MD G FILED 22 APR '25 AM 10:46*

#$1738.00
d 2200319 6

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Real Estate Management & Consulting LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  81-4381534

4. **Debtor's address**

   **Principal place of business**
   8507 Oxon Hill Rd
   Number   Street
   Suite 200  #47
   Fort Washington  MO 20744
   City     State   ZIP Code

   Prince George's
   County

   **Mailing address, if different from principal place of business**
   _____
   Number   Street
   _____
   P.O. Box
   _____
   City     State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number   Street
   _____
   City     State   ZIP Code

5. **Debtor's website (URL)**  www.realestatemanagementandconsulting.com

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1



Debtor _____   Case number (if known)_____
        Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes.  District _____  When _____  Case number _____
                                                      MM / DD / YYYY
            District _____  When _____  Case number _____
                                                      MM / DD / YYYY

Debtor _____    Case number (if known)_____
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
          District _____  When ____/____/_____
                                                                                                       MM / DD / YYYY
          Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** (Check all that apply.)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
            What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                                            Number      Street
                                        _____
                                        _____   ____ _____
                                        City                              State ZIP Code

        **Is the property insured?**
        ☐ No
        ☐ Yes. Insurance agency _____
                Contact name _____
                Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49     ☐ 1,000-5,000    ☐ 25,001-50,000
    ☐ 50-99     ☐ 5,001-10,000    ☐ 50,001-100,000
    ☐ 100-199    ☐ 10,001-25,000   ☐ More than 100,000
    ☐ 200-999

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor _____    Case number (if known)_____
       Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/22/2025
            MM / DD / YYYY

X _Mettlea Chsley_ _____    _____
  Signature of authorized representative of debtor    Printed name

Title _____

**18. Signature of attorney**

X _____    Date _____
  Signature of attorney for debtor         MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____    _____    _____
City    State    ZIP Code

_____    _____
Contact phone    Email address

_____    _____
Bar number    State

United States Bankruptcy Court
District of Maryland

In Re: Real Estate Management and Consulting LLC

Case Number:

Debtor(s)

Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/22/2025

Signature of Debtor(s): /s/
/s/Nettia Isley

ProVest, LLC
2 Cuyler Ct
Townson,, MD 223050

Fay Servicing LLC
1601 Lyndon B Johnson Fairway
Farmer Branch, TX 75234

Friedman Vartolo, LLP
1325 Franklin Avenue
Suite 160
Garden City, NM 11530

Civic Financial Services
2015 Manhattan Beach Blvd.,
Suite 106
Redondo Beach, CA 90278